# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LUNDY NEELY,

        Plaintiff,    :    Case No. 3:13-cv-109

  - vs -                          District Judge Walter Herbert Rice
                                  Magistrate Judge Michael R. Merz

CROWN SOLUTIONS CO., LLC,
  et al.,

            .            :

## TRANSFER ORDER

With the consent of both of them, the reference in the above-captioned action is transferred from The Honorable Michael J. Newman to The Honorable Michael R. Merz.

June 20, 2013.

                                                s/ *Michael R. Merz*
                                        United States Magistrate Judge